ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
MAY 3 1 2007
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | : | CRIMINAL INFORMATION |
|---|---|---|
| v. | : | NO. 1:07-CR-177 |
| KIRK A. TUTTLE | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

In or about September 2004, and continuing through in or about February 2007, in the Northern District of Georgia, the defendant, KIRK A. TUTTLE, while an officer, that is, Treasurer of Professional Airline Flight Control Association ("PAFCA-DELTA"), a labor organization as defined in Title 29, United States Code, Sections 402(i) and (j), did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, and the use of another, the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $172,846.16.

In violation of Title 29 United States Code, Section 501(c).

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

*Bernita B. Malloy*
BERNITA B. MALLOY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6052
Georgia Bar No. 718905